NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BASSETT, NEW MEXICO LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2018-1726

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00709-PEC, Judge Patricia E. Campbell-Smith.

---

## JUDGMENT

---

ROGER J. MARZULLA, Marzulla Law, LLC, Washington, DC, argued for plaintiff-appellant. Also represented by NANCIE GAIL MARZULLA.

VARU CHILAKAMARRI, Appellate Section, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ERIC GRANT, JEFFREY H. WOOD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 6, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |